# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAKURA COX, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Defendant. | C.A. NO:  1:20-CV-10834-RGS |

## STIPULATION EXTENDING THE TIME TO RESPOND

Subject to the Court's approval, Plaintiff Shakura Cox and Defendant Trustees of Boston University, through their respective counsel, hereby stipulate that the time for Defendant to answer or otherwise respond to the complaint in this matter is extended until July 6, 2020.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| SHAKURA COX<br>By her attorney, | TRUSTEES OF BOSTON UNIVERSITY,<br>By its attorneys, |
| /s/ Kristie LaSalle | /s/ Lisa A. Tenerowicz |
| Kristie LaSalle (BBO# 692891)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>(617) 482-3700<br>kristiel@hbsslaw.com | Lisa A. Tenerowicz (BBO # 654188)<br>Christine S. Collins (BBO# 639293)<br>Boston University<br>Office of the General Counsel<br>125 Bay State Road<br>Boston, MA 02215<br>(617) 353-2326<br>latenero@bu.edu<br>cscoll@bu.edu |

Dated:  May 26, 2020

## **CERTIFICATE OF SERVICE**

      I, Lisa A. Tenerowicz, hereby certify that on May 26, 2020, this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Lisa A. Tenerowicz
      _____
      Lisa A. Tenerowicz