# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA DUTRA AND GABRIELLA DUBE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendant. | **No. 1:20-cv-10827-RGS** |
| SHAKURA COX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendant. | **No. 1:20-cv-10834-RGS** |
| VALAAUINA SILULU and NATALIE SILULU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendant. | **No. 1:20-cv-10914-RGS** |

| | |
|---|---|
| OLIVIA BORNSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendant. | No. 1:20-cv-11118-RGS |
| VENUS TRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY<br><br>Defendant. | No. 1:20-cv-11260-RGS |

### Pretrial Order No. 1

Having considered the Joint Motion by Plaintiffs Julia Dutra, Gabriella Dube, Shakura Cox, Valaauina Silulu, Natalie Silulu, Olivia Bornstein, and Venus Tran ("Plaintiffs") and Defendant Trustees of Boston University ("Defendant") (collectively the "Parties") for Consolidation of Related Cases pursuant to Federal Rule of Civil Procedure 42(a), and any responses, argument, and authorities pertaining thereto, and the record in the above-captioned cases, the Court hereby ORDERS as follows:

1. The Parties' joint motion is GRANTED. Accordingly, the following related actions are hereby consolidated for all purposes, including discovery, pre-trial motions, trial, and post-trial motions:

- *Dutra v. Trustees of Boston University*, No. 1:20-cv-10827-RGS (D. Mass.);
- *Cox v. Trustees of Boston University*, No. 1:20-cv-10834-RGS (D. Mass.);
- *Silulu v. Trustees of Boston University*, No. 1:20-cv-10914-RGS (D. Mass.);

- *Bornstein v. Trustees of Boston University*, No. 1:20-cv-10914-RGS (D. Mass.); and
- *Tran v. Trustees of Boston University*, No. 1:20-cv-11260-RGS (D. Mass.).

2. The caption of these consolidated actions shall be "*In re: Boston University COVID-19 Refund Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. 1:20-cv-10827-RGS (the "Consolidated Action").

3. All pleadings filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BOSTON UNIVERSITY COVID-19 REFUND LITIGATION ) ) ) ) ) | ) MASTER FILE NO. 1:20-CV-10827-RGS ) ) |
| THIS DOCUMENT RELATES TO: ) ) | |

4. When a pleading or other court paper filed in the Consolidated Action is intended to apply to all actions therein, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO:" in the caption set out above. When a pleading or other court paper is intended to be applicable to less than all such actions, the party filing the document shall indicate, immediately after the words "THIS DOCUMENT RELATES TO:" the action(s) to which the document is intended to be applicable by last name of the plaintiff(s) and the docket number(s).

5. Any other actions now pending or later filed in this District that arise out of or are related to the same facts as alleged in the above-identified cases shall, until further order of this Court, be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a) into the Consolidated

Action, if and when they are brought to the Court's attention.

6. Plaintiffs shall file the Consolidated Class Action Complaint annexed as Exhibit A to the Parties' Joint Motion within ~~ten~~ one (1~~0~~) day~~s~~ of this Order.

7. Defendant shall file its Answer or other response to the Consolidated Class Action Complaint within 21 days of the filing of the Consolidated Class Action Complaint.

IT IS SO ORDERED.

Dated this 15th day of September, 2020.

/s/ Richard G. Stearns
Honorable Richard G. Stearns
UNITED STATES DISTRICT JUDGE